UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| OWAIS SHAHZADA, individually and on behalf of all others similarly situated | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 1:19-cv-1378 |
| STC MANAGEMENT, LLC, | ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Owais Shahzada and Defendant STC Management LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of this matter with prejudice, each side to bear its own costs.


_____/s/ *Steven T. Webster*_____
Steven T. Webster (VSB #31975)
Webster Book LLC
300 N. Washington Street
Alexandria, Virginia 22314
Telephone:     (888) 987-9991
Fax:             (888) 987-9991
swebster@websterbook.com
*Counsel for Plaintiff*

_____/s/ *Paul L. Warren*____
Paul L. Warren (VSB #27454)
Jameson A. Goodell (VSB #92260)
Warren PLC
409 Duke Street, Suite 101
Norfolk, Virginia 23510
Telephone:     757-274-0047
Fax:             757-274-0055
pwarren@warrenplc.com
jgoodell@warrenplc.com
*Counsel for Defendant*

1